**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF GEORGIA**
**VALDOSTA DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** : | |
| : | |
| **Plaintiff** | |
| : | |
| vs. | **CRIMINAL NUMBER 7:12-CR-45 (HL)** |
| : | |
| **DWANE WILLIAMS,** | |
| : | |
| **Defendant** | |
| : | |

## ORDER

The Court, having carefully considered defendant Williams' Motion for Continuance of the above-styled matter until the next available Valdosta trial term, hereby finds that the ends of justice will be best served by granting the Motion for Continuance as to defendant Williams in order to prevent a miscarriage of justice.

It is, therefore, ordered that the above-styled case is continued until the Court's next Valdosta trial term to permit preparation for trial.

It is further ordered that the delay occasioned by this continuance shall be deemed excludable pursuant to the provisions of Title 18, United States Code Section 3161(h)(8)(A) in computing the time from indictment to trial under the Speedy Trial Act.

So ordered, this the 5th day of February, 2013.

*s/Hugh Lawson*
**HUGH LAWSON**
**Senior US District Judge**